UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00088 SM |
| | ) | |
| v. | ) | 26 U.S.C. § 5861(d) |
| | ) | |
| KEVIN BROWN | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 03 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 6, 2019, in the Eastern District of Arkansas, the defendant,

KEVIN BROWN,

knowingly possessed one or more of the following firearms, as that term is defined in Title 26, United States Code, Section 5845, which were not registered to him in the National Firearms Registration and Transfer Record:

- A. A machinegun, that is: a Glock, Model 19 Gen 4, 9mm pistol, bearing serial number BBSP770, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

- B. A machinegun, that is: a machinegun conversion device, or a part or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, KEVIN BROWN, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a), all firearms involved in the violation, including, but not limited to, the following specific property:

1

A.  A machinegun, that is: a Glock, Model 19 Gen 4, 9mm pistol, bearing serial number BBSP770, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

B.  A machinegun, that is: a machinegun conversion device, or a part or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machinegun.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]