## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 4:20-CR-00088-JM-01** |
| | ) | |
| | ) | |
| **KEVIN BROWN** | ) | |

## MOTION TO CONTINUE SENTENCING

The Defendant, Kevin Brown, by and through his counsel, Erin Cassinelli, states in support of this Motion to Continue:

1. Mr. Brown is scheduled for sentencing on August 16, 2022.

2. The defense requests a brief continuance of the sentencing hearing due to counsel's schedule. Counsel spent the majority of last week focused on a pretrial hearing in a capital murder case and both last and this week caring for her child when child care was/is unavailable before the start of public schools. She needs a short continuance to ensure she and her client are prepared for the hearing.

3. Assistant United States Attorney Michael Gordon does not object to the Court granting this motion for continuance.

Respectfully submitted,

**Erin Cassinelli**
ABN 2005118
erin@lcarklaw.com

**LASSITER & CASSINELLI**
300 S. Spring St., Suite 800
Little Rock, AR 72201
(501) 370-9300
**Attorney for Defendant**